IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTINA M. RICHEY,<br><br>                Defendant. | **8:07CR452**<br><br>**ORDER** |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1.   The Defendant shall be released from the Douglas County Correctional Center on October 17, 2012, to a member of the Federal Public Defender's Office for this district to begin her public law placement at CH, Inc., in Council Bluffs, Iowa on the same date; and

2.   The Clerk is directed to deliver a copy of this order to the U.S. Marshal's Office for this district.

Dated this 17th day of October, 2012.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge