IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:07CR452** |
| vs. ) | |
| ) | **ORDER** |
| **CHRISTINA M. RICHEY,** ) | |
| Defendant. ) | |

Defendant Christina M. Richey (Richey) appeared before the court on April 29, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 72). Richey was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, Richey waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Richey should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. Richey proffered she would abide by conditions of release pending her dispositional hearing. Since it is Richey's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, I find she has failed to do so. Richey will be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11 a.m. on June 20, 2013.** Defendant must be present in person.

2. Defendant Christina M. Richey is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 29th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge